UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMAL KEARSE,

                              Plaintiff,

            -against-

DEPARTMENT OF CORRECTIONS, WARDEN SHAW,
OFFICER MITCHELL #8132, OFFICER DELIOTTE
#17100, OFFICER HARRIS #17399, OFFICER
ALMANZAR #18373, OFFICER BROWN #11285,
CAPTAIN MATHEWS #130,

                              Defendants.

------------------------------------------------------------------------ x

**ANSWER**

08 CV 1508 (DLC)

Jury Trial Demanded

        Defendants New York City Department of Correction ("DOC"), Warden Robert Shaw, Correction Officer Mitchell, Correction Officer Deliotte, Correction Officer Harris, Correction Officer Almanzar, and Captain Matthews, by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for their answer to the complaint, respectfully allege, upon information and belief, as follows:[1]

        1.      Deny the allegations set forth in paragraph "I" of the complaint and all of its subparts, including the attachment titled "Parties in This Complaint Additional Defendants" except admit that plaintiff purports to name the parties as stated therein.

        2.      Deny the allegations set forth in paragraph "II.A." of the complaint, except admit that plaintiff was incarcerated at the George R. Vierno Center on or about September 12, 2007.

---

[1] By letter dated July 18, 2008, this office requested a ten-day enlargement of time to submit an answer to the complaint on behalf of defendant Correction Officer Brown. Accordingly, this answer is not submitted on behalf of Correction Officer Brown.

3. Deny the allegations set forth in paragraph "II.B." of the complaint, except admit that plaintiff was housed in unit 11A on or about September 12, 2007.

4. Deny the allegations set forth in paragraph "II.C." of the complaint, except admit that an incident involving plaintiff occurred on or about September 12, 2007 at approximately 11:40 a.m. in unit 11A.

5. Deny the allegations set forth in paragraph "II.D." of the complaint, except admit that an incident involving plaintiff, Officers Mitchell, Deliotte, Harris, Almanzar, Brown and Captain Matthews occurred on or about September 12, 2007 and that plaintiff was removed thereafter to Elmhurst Hospital.

6. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "III" of the complaint, except admit that plaintiff was removed to Elmhurst Hospital.

7. Deny the allegations set forth in paragraph "IV" of the complaint and all of its subparts, except deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning plaintiff's attempts to file a grievance in connection with the alleged incident.

8. Deny the allegations set forth in paragraph "V" of the complaint, except admit that plaintiff purports to seek relief as stated therein.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "VI" of the complaint and all of its subparts.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE:**

10. The complaint fails to state a claim upon which relief can be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE:**

11.     Defendants have not violated any rights, privileges or immunities secured to plaintiff by the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor have defendants violated any act of Congress providing for the protection of civil rights.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE:**

12.     Defendants Warden Shaw, Correction Officer Mitchell, Correction Officer Deliotte, Correction Officer Harris, Correction Officer Almanzar, and Captain Matthews have not violated any clearly established constitutional or statutory right of which a reasonable person would have known and therefore are protected by qualified immunity.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:**

13.     At all times relevant to the acts alleged in the complaint, defendants acted reasonably in the proper and lawful exercise of their discretion.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:**

14.     Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct and/or the intervening conduct of third parties and was not the proximate result of any act of the defendants.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:**

15.     Plaintiff's claims may be barred, in whole or in part, by his failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE:**

16.     Plaintiff's claims may be barred, in whole or in part, because plaintiff failed to comply with all conditions precedent to suit.

- 4 -

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE:**

17. Plaintiff's claims may be barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE:**

18. Plaintiff's claims may be barred, in whole or in part, by the applicable statute of limitations period.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE:**

19. Plaintiff provoked any incident.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE:**

20. Warden Shaw had no personal involvement in the incident alleged by plaintiff.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE:**

21. DOC is a non-suable entity.

**WHEREFORE,** defendants New York City Department of Correction, Warden Robert Shaw, Correction Officer Mitchell, Correction Officer Deliotte, Correction Officer Harris, Correction Officer Almanzar, and Captain Matthews request judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:    New York, New York
          July 18, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1575

                              By:                    /s/
                                        Bradford C. Patrick
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:   BY MAIL
      Jamal Kearse, #
      Plaintiff Pro Se
      George R. Vierno Center
      09-09 Hazen Street
      E. Elmhurst, NY 11370

      BY MAIL[2]
      Jamal Kearse
      Plaintiff Pro Se
      C/O Nazlea Muja
      611 Blake Ave., Apt. 5B
      Brooklyn, NY 11207

---

[2] On information and belief, plaintiff has been released from the custody of the New York City Department of Correction. I have informed plaintiff by telephone that he should update the Court with his current contact information.

## DECLARATION OF SERVICE BY FIRST CLASS MAIL

I, Bradford C. Patrick declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that on **July 18, 2008** I served the annexed **Answer** upon the following individual by depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the said plaintiff pro se at the address set forth herein, being the address designated by said plaintiff for that purpose, to wit:

> Jamal Kearse, #
> Plaintiff Pro Se
> George R. Vierno Center
> 09-09 Hazen Street
> E. Elmhurst, NY 11370
>
> Jamal Kearse
> Plaintiff Pro Se
> C/O Nazlea Muja
> 611 Blake Ave., Apt. 5B
> Brooklyn, NY 11207

Dated:   New York, NY
         July 18, 2008

                                                  /s/
                                        _____
                                        Bradford C. Patrick
                                        Assistant Corporation Counsel
                                        Special Federal Litigation

Index No. 08 CV 1508 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL KEARSE,

                             Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, WARDEN SHAW, CORRECTION OFFICER MITCHELL, CORRECTION OFFICER DELIOTTE, CORRECTION OFFICER HARRIS, CORRECTION OFFICER ALMANZAR, CORRECTION OFFICER BROWN, AND CAPTAIN MATHEWS,

                            Defendants.

**ANSWER**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Bradford C. Patrick*
*Tel: (212) 788-1575*
*NYCLIS No.2008-015627*

*Due and timely service is hereby admitted.*

*New York, N.Y. .............................................., 200……*

*............................................................................ Esq.*

*Attorney for...................................................................*