UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                   :
JAMAL KEARSE,                        :
              Plaintiff,    :
                                  : 08 Civ. 1508 (DLC)
     -v-                    :
                                  :     ORDER
DEPARTMENT OF CORRECTIONS; WARDEN SHAW; :
OFFICER MITCHELL, #8132; OFFICER      :
DELIOTTE, #17100; OFFICER HARRIS,    :
#17399; OFFICER ALMANZAR, #18373;    :
OFFICER BROWN, #11285; and CAPTAIN   :
MATHEWS, #130,                    :
              Defendants.   :
-------------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/23/08]

DENISE COTE, District Judge:

    Having been informed that the plaintiff has been released from custody and therefore is no longer residing at the address currently on record with the Clerk of Court, it is hereby

    ORDERED that the plaintiff shall, on or before August 8, 2008, send written notification of his new address to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that defense counsel's July 18 request for an extension until July 28, 2008 of defendant Correction Officer Brown's time to answer or otherwise respond to the complaint is granted.

    IT IS FURTHER ORDERED that failure to comply with the terms of this Order may constitute grounds for the denial of requested

relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

   SO ORDERED:

Dated:   New York, New York
         July 23, 2008

                                        _____
                                              DENISE COTE
                                        United States District Judge

2

COPIES SENT TO:

Bradford Collins Patrick
New York City Law Department
100 Church Street
New York, NY 10007

Jamal Kearse
c/o Mazlea Muja
611 Blake Ave., Apt. 5B
Brooklyn, NY 11207