UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                  :
JAMAL KEARSE,                            :
                  Plaintiff,    :   08 Civ. 1508 (DLC)
                                                  :
          -v-                        :       ORDER
                                                   :
DEPARTMENT OF CORRECTIONS; WARDEN SHAW; :
OFFICER MITCHELL, #8132; OFFICER       :
DELIOTTE, #17100; OFFICER HARRIS,     :
#17399; OFFICER ALMANZAR, #18373;     :
OFFICER BROWN, #11285; and CAPTAIN     :
MATHEWS, #130,                        :
                  Defendants.   :
                                                   :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7·25·08

DENISE COTE, District Judge:

    This Court received a letter dated July 24, 2008 from counsel for the defendants, through the City of New York Corporation Counsel's Office, requesting on behalf of the pro se plaintiff and with consent of the defendants, an adjournment of the August 1, 2008 initial pretrial conference. It is hereby

    ORDERED that the conference is rescheduled for **September 5, 2008** at **3 p.m** in Courtroom 11B.

Dated:    New York, New York
            July 25, 2008

                                      _____
                                             DENISE COTE
                                   United States District Judge

COPIES SENT TO:

Jamal Kearse
C/O Nazlea Muja
611 Blake Avenue, Apt. 5B
Brooklyn, NY 11207

Bradford C. Patrick
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007