USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMAL KEARSE,
                    Plaintiff,

                                      08 Civ. 1508 (DLC)
       -v-
                                        ORDER

DEPARTMENT OF CORRECTIONS; WARDEN SHAW;
OFFICER MITCHELL, #8132; OFFICER
DELIOTTE, #17100; OFFICER HARRIS,
#17399; OFFICER ALMANZAR, #18373;
OFFICER BROWN, #11285; and CAPTAIN
MATHEWS, #130,
                    Defendants.
----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           August 4, 2008

                                              _____
                                                DENISE COTE
                                  United States District Judge

COPIES SENT TO:

Jamal Kearse
C/O Nazlea Muja
611 Blake Avenue, Apt. 5B
Brooklyn, NY 11207

Bradford C. Patrick
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007